JAMES McKELL, *Appellant*, vs. JOHN S. JACKSON and
MARGARET F. JACKSON, *Appellees*.

144 So. 670.

Division B.

Opinion filed November 22, 1932.

L. D. McGregor, for Appellant;

J. C. Davant, for Appellees.

DAVIS, J.—This is a motion to strike the transcript and
dismiss the appeal on the principal ground that the tran-
script purports to show the testimony of witnesses in nar-
rative form, whereas there is no authority for transposing
testimony reported by a master in a chancery cause from
questions and answers to narrative form, in the course of
preparation of the transcript of the record for appeal to
this Court.

We sustain the objection made. But it does not follow
that the appeal itself should be dismissed, or the entire
transcript stricken, because the evidence in the record is
stated in narrative form without proper authority there-
for.

We approve the practice of reducing evidence appearing
in transcripts of the record in both common law and equity
cases to narrative form. And if that practice were more
generally observed here, it would greatly lighten the labors
of this Court and facilitate the dispatch of cases required
to be considered by us.

In common law cases the testimony can be converted from

questions and answers to narrative form in the course of preparation of a bill of exceptions.

In chancery cases the same transportation can be made by having a complete and accurate statement of the testimony gotten up in narrative form and presented to the Chancellor, to be examined, approved and certified to by him as being correct, all after the notice to the opposite party. Such practice is now general on appeals' in the Federal Courts, and we believe it may be followed to good purposes in our own chancery procedure on appeal. We therefore approve and commend it as good practice.

The motion to strike and dismiss is denied, without prejudice to the right of appellant to renew the motion unless the transcript is amended to conform to this opinion within thirty days from the date of the filing of this order. Permission to withdraw the transcript for purposes of amendment is hereby given, with leave to apply to the Circuit Judge for approval and certification of the testimony in narrative form.

WHITFIELD, P.J. AND TERRELL, J., concur.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur in the opinion and judgment.